# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | GABRIEL COVACI |
| **Case Number:** | 2:08-BK-17657-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 17, 2009 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matter:*

EVIDENTIARY HEARING ON AMENDED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 7343 W. EMILE ZOLA AVE. PEORIA, AZ 85381 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC & CONFIRMATION OF PLAN

**R / M #:** 35 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald informed the clerk parties have agreed he will withdraw his motion and sign off on a stipulated order of confirmation.

Hearing Vacated.